UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61565-CIV-DIMITROULEAS/SNOW

TANEIKE Y. CAMPBELL,

    Plaintiff,

vs.

CREDIT CONTROL, LLC,

    Defendant.

_____/

### ORDER GRANTING MOTION FOR PARTIAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Partial Judgment [DE 40], filed on September 19, 2012. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Defendant served Plaintiff an Offer of Judgment, which Plaintiff accepted. That offer concerned only the Fair Debt Collection Practices Act claims in this case. Having consented to judgment, the Court will grant Plaintiff's motion for partial judgment. The Court will enter final judgment once all claims in this case have been resolved.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Partial Judgment [DE 40] is **GRANTED**. When all remaining claims in this case have been resolved, the Court shall enter final judgment on Plaintiff's Fair Debt Collection Practices Act claims in the amount of $1,001.00, plus Plaintiff's reasonable attorneys' fees and costs arising from the FDCPA claims.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this

20th day of September, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record