UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61565-CIV-DIMITROULEAS/SNOW

TANEIKE Y. CAMPBELL,

    Plaintiff,

vs.

CREDIT CONTROL, LLC,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Judgment [DE 70], which the Court granted upon reconsideration by an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court now enters judgment as follows:

1. Plaintiff's Motion for Judgment [DE 70] is **GRANTED**;

2. The Court enters Final Judgment in favor of the Plaintiff, Taneike Y. Campbell, and against Defendant, Credit Control, LLC, in the amount of $6,004.00 with respect to Plaintiff's claim under the Telephone Consumer Protection Act together with interest thereon at the legal rate from the date of this Final Judgment, plus taxable costs accrued to resolve the Telephone Consumer Protection Act claim, and Defendant is enjoined from placing calls to Plaintiff's cellular telephone number, 305-761-6648, using any automatic telephone dialing system or an artificial or prerecorded voice, other than a call made for emergency purposes or made with the prior

express consent of the called party, for all of which let execution issue. This final judgment does not eviscerate or impair the prior judgment [DE 41] entered in Plaintiff's favor.

3. The Court will entertain timely motions for attorneys' fees or sanctions.

4. The Clerk is directed to **CLOSE** this case and **DENY** any motions now pending as moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 14th day of November, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record