UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61565-Civ-Dimitrouleas/Snow

TANEIKE Y. CAMPBELL,

    Plaintiff,

v.

CREDIT CONTROL, LLC,

    Defendant.
_____/

### SATISFACTION OF JUDGMENT

The undersigned owner and holder of two Judgments (DE 41) entered November 14, 2012 and (DE 76) entered September 20, 2012 against, Credit Control, LLC, acknowledges that full payment thereof has been received and the Judgments are satisfied.

                                                                     Taneike Y. Campbell

STATE OF FLORIDA          )
                                        ss:
COUNTY OF BROWARD    )

The foregoing Satisfaction of Judgment was acknowledged before me this 20 day of December, 2012 by Taneike Y. Campbell, who is personally known to me or who produced driver's license as identification and who did/did not take an oath.

                                                    NOTARY PUBLIC, State of Florida

My Commission Expires:



NOTARY PUBLIC-STATE OF FLORIDA
Amanda Winston
Commission # EE081796
Expires: APR. 06, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61565-Civ-Dimitrouleas/Snow

TANEIKE Y. CAMPBELL,

    Plaintiff,

v.

CREDIT CONTROL, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>December 20, 2012</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              s/Donald A. Yarbrough
                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Craig S. Hudson, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 1100
100 Northeast 3 Avenue
Ft. Lauderdale, FL 33301
Telephone: 954-847-4920
Facsimile: 954-627-6640

<u>Via Notices of Electronic Filing generated by CM/ECF</u>