UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61565-Civ-Dimitrouleas/Snow

TANEIKE Y. CAMPBELL,

    Plaintiff,
v.

CREDIT CONTROL, LLC,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES

Plaintiff, Taneike Y. Campbell, gives notice of withdrawal of her Motion for an Award of Costs and Attorney's Fees (DE 80) and informs the Court that the parties have reached a resolution of the both Ms. Campbell's Motion and Defendant's pending motion for Attorney's Fee's (DE 78), which required both parties to withdraw their motions.

    Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61565-Civ-Dimitrouleas/Snow

TANEIKE Y. CAMPBELL,

    Plaintiff,

v.

CREDIT CONTROL, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 31, 2013</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              s/Donald A. Yarbrough
                                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Craig S. Hudson, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 500
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-847-4920
Facsimile: 954-627-6640

<u>Via Notices of Electronic Filing generated by CM/ECF</u>