UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:11-cv-61565-WPD

TANEIKE Y. CAMPBELL,

Plaintiff,
v.

CREDIT CONTROL, LLC,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF WITHDRAWING ITS MOTION FOR SANCTIONS AND INCORPORATED MEMORANDUM OF LAW**

Defendant Credit Control, LLC ("Credit Control"), hereby gives notice of its **withdrawal of its Motion for Sanctions and Incorporated Memorandum of Law** [ECF 78].

    Respectfully submitted,

     s/ Craig S. Hudson
    Craig S. Hudson
    Fla. Bar No. 27940
    cshudson@mdwcg.com
    MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
    100 Northeast 3rd Avenue, Suite 1100
    Ft. Lauderdale, Florida 33301
    Telephone:  (954) 847-4955
    Facsimile:   (954) 627-6640

    Nathan D. Sturycz
    Mo. Bar No. 61744 (*admitted pro hac vice*)
    nathan.sturycz@huschblackwell.com
    HUSCH BLACKWELL LLP
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105
    Telephone:  (314) 480-1500
    Fax: (314) 480-1505
    ***Attorneys for Credit Control, LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY **that on January 31, 2013,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record parties identified on below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>VIA CM/ECF</u>
Donald A. Yarbrough, Esq.
Post Office Box 11842
Fort Lauderdale, Florida 33339
donyarbrough@mindsprings.com

                                              /s/ Craig S. Hudson

22/862786.v1